Scott A. Sollis
777 Hospital Way
Pocatello, Id ~~83204~~ 83204

United States Court
10th Circuit
Suite 400
Boise, Idaho ~~~~ 83724   s.a.s.

4:18-CV-64-DCN

U.S. COURTS

FEB 08 2018

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

— Civil Complaint —

Case no. to be provided by Court

4:18-CV-64-DCN

Scott A. Sollis, plaintiff

U.S. COURTS
FEB 08 2018
Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

VS.

Director, Idaho Department of Health and welfare, Behavior Health/mental Health

Director, East Idaho Regional medical Center Behavior Health/mental Health

Director, Portneuff medical Center Pocatello, Id Behavior Health

Acting Psychiatrist. East Idaho Regional medical Center, Behavioral Health Center

Acting Psychiatrist, Portneuff medical Center Dr. Scott Richards, Behavioral Health Pocatello, Idaho

Acting Psychiatrist, unknown at unknown medical center

Page 1

— Nature of the Case —

The defendants have failed to provide adequate and medically necessary medication treatment for ~~said~~ plaintiff's well documented and diagnosed psychiatric condition, Attention deficit disorder, Causing plaintiff severe social problems, inability to maintain employment, effectively communicate, or complete secondary education, well within the Plaintiff's intellectual capacity if proper ADHD medicine and treatment were provided.

Also, unnecessary medications prescribed at the policy and direction of actors have led to severe disability and long term physical and mental dammage.

## — Claime One —

The Idaho Department of Welfare initiated and completed an unnecessary state ordered mental health commitment due to policies and direction of the Director of the Idaho Department of Health and Welfare.

The Commitment was initiated and completed based on false information and misdiagnosis, as well as failure to adequetely treat plaintiff's known ADHD. This act as described is committed by the Directors and employees unknown, and unnamed of the East Idaho Regional Medical Center, Behavioral Health Department, and the unknown acting psychiatrist of the Plaintiff, acting as an employee of the named defendants on or around 01/20/2018 to

- Claim one... Continued -

to at least 01/24/2018. They also initiated an immediate cessation of the plaintiffs APHD treatment, utilizing Aderol XR 20mg, causing the plaintiff physical withdrawl and mental and emotional suffering.

Also, the addition of unnecessary anti-psychotic Resperedone by the policy and/or direction of the actors has led to unnecessary physical dammage (such as weight gain) lethargy, and severe mental and emotional distress.

This violates the plaintiffs due process as he was held against his will by order of at least one defendant at the EIRMAC Behavioral health Center.

## – Claim one... Continued –

This also violates the defendants 14th ammendment equal protection to recieve fair and equal medical treatment for his previously diagnosed and known ADHD.

page 3

## — Claim two —

The Director of the Department of Health and welfare, mental health; the Director of East Idaho S.a.S. medical Center, Behavioral Health, and acting psychiatrist of the Plaintiff, currently, at Portneuff medical Center, Behavioral health.- Dr. Scott Richards have unnecessarily prescribed plaintiff an excessive amount of lamotragine, and resperedone, and on 02/01/2018 Dr. Richards verbally stated he will not treat the plaintiff's ADHD under any condition. He has frequently ignored plaintiffs complaints or presumably checked into plaintiff's previous psychological analysis completed privately in Grand Junction, Colorado.

- Claim two... continued -

The named plaintiff's have violated the plaintiffs due process to recieve adequate treatment for ADHD and failure to seriously consider plaintiffs concerns of ADHD, or numerous complaints. All this despite the plaintiff being safe in a clinical inpatient setting where the defendants could safely moniter ADHD treatment utilizing plaintiffs preferred medicine. This also violates defendant's 14th ammendment equal protection, as a recognized disabled adult. Since plaintiff is under court ordered commitment the defendant's are band to follow due process and equal protection.

— Oath of Affirmation —

Plaintiff, Scott A. Sollis, swears under oath that all statements contained within the enclosed complaint titled "Civil Complaint" are true and accurate to the best of his knowledge.

*Scott A. Sollis* 2/2/2018